In the Matter of the Appraisal for Taxation of the Estate of JOHN W. MASURY, Deceased.

(Argued June 5, 1899; decided June 13, 1899.)

MOTION to amend remittitur by making it describe John Miller Masury as respondent, also the Brooklyn Trust Com-

pany as respondent, and by specifically awarding costs to the respective respondents as against Albert M. Darling, county treasurer of Suffolk county, appellant. (See 159 N. Y. 532.)

*J. Noble Hayes* for motion.

*Robert B. Bach* opposed.

Motion denied, without costs.